UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC DEVAL LEWIS | CIVIL ACTION |
| VERSUS | NO. 19-0588 |
| ROBERT TANNER, WARDEN RAYBURN CORRECTIONAL CENTER | SECTION "F" (4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objections to the Chief Magistrate Judge's Report and Recommendation filed by the plaintiff on August 5, 2019 (Rec. Doc. No. 15), hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Eric Deval Lewis's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 2nd day of October, 2019.

**MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE**